UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

AUG 27 2015

CLERK
SO. DIST. OF GA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MOTION TO DISMISS |
| | ) | |
| v. | ) | 4:14-CR-00266 |
| | ) | |
| BRIAN D. MICKLE | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this _26th_ day of August, 2015.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA